1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JEANE HAMILTON (CABN 157834)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102
   Telephone: (415) 436-7129
7  Facsimile: (415) 436-7234
   E-Mail: Jeane.Hamilton2@usdoj.gov
8
   Attorneys for the United States
9

FILED
MAR 19 2009
WIEKING
T COURT
OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13                                          )   Criminal No. CR 09-0189 MHP
   UNITED STATES OF AMERICA,                )
14                                          )
        Plaintiff,                          )
15                                          )   [PROPOSED] ORDER AND
        v.                                  )   STIPULATION EXCLUDING TIME
16                                          )   FROM MARCH 17, 2009 TO MARCH 23,
   HERLIN ADALY ARTEAGA-PACHECO,            )   2009
17      a/k/a HECTOR LOPEZ,                 )
        a/k/a MILTON REYES,                 )
18                                          )
        Defendant.                          )
19                                          )
                                            )

20
        The parties appeared before the Honorable Edward M. Chen on March 17, 2009. With
21
   the agreement of counsel for both parties, the Court found and held as follows:
22
        1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.
23
   § 3161, from March 17, 2009 to March 23, 2009, in light of in light of defense counsel's need to
24
   review discovery. Failure to grant the requested continuance would deny defense counsel
25
   reasonable time necessary for effective preparation, taking into account the exercise of due
26
   diligence and the need for counsel to review the discovery with the defendant.
27

28 [PROPOSED] ORDER AND
   STIPULATION EXCLUDING TIME
   CR 09-0189 MHP

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 17, 2009 to March 23, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 17, 2009 to March 23, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: March 17, 2009

/s/
RON TYLER
Counsel for Juan Hernandez-De La Paz

DATED: March 17, 2009

/s/
JEANE HAMILTON
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 3/19/09

THE HON. EDWARD M. CHEN
United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0189 MHP                            2