```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Special Assistant United States Attorney
       450 Golden Gate Avenue
       San Francisco, California  94102
       Telephone: (415) 436-7129
       Facsimile: (415) 436-7234
       E-Mail: David.Ward2@usdoj.gov

Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     v.<br><br>HERLIN ARTEAGA-PACHECO,<br><br>          Defendant. | No. CR 09-0189 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING SENTENCING**<br><br>Current Date:  July 27, 2009<br>Time:  9:00 a.m.<br>Court:  Hon. Marilyn Hall Patel<br><br>Proposed Date: August 3, 2009<br>Time:  9:00 a.m.<br>Court:  Hon. Marilyn Hall Patel |

**STIPULATION**

Defendant Herlin Arteaga-Pacheco, by and through Assistant Federal Public Defender Ronald Tyler, and the United States, by and through Special Assistant United States Attorney David Ward, hereby stipulate and agree as follows:

1)    Sentencing is set in the above-captioned matter for July 27, 2009, at 9:00 a.m..

2)    In order to allow the counsel for the defendant adequate time to prepare for sentencing, the parties agree that sentencing should be continued until August 3, 2009 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: July 23, 2009

      /s/
Ronald Tyler
Attorney for Herlin Arteaga-Pacheco

Dated: July 23, 2009

      /s/
David J. Ward
Special Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Sentencing in the above-captioned case will be continued until August 3, 2009.

Dated: 7/24/2009

HON. MARILYN HALL PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**Stip. and [Proposed] Order Continuing Hearing**
*United States v. Arteaga-Pacheco*, CR CR 09-0189 MHP  2